**B1 (Official Form 1)(12/11)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lewandowski, Gregory L.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Stenson, Kathleen A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Target Financial** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9769** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6368** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2471 St. Andrews Drive**<br>**Olympia Fields, IL**<br><div align="right">ZIP Code **60461**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2471 Olympia Fields**<br>**Olympia Fields, IL**<br><div align="right">ZIP Code **60461**</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
|---|---|---|

<table>
<tr><td colspan="2">

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:
</td></tr>
</table>

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding

☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

☐ Debts are primarily
business debts.

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lewandowski, Gregory L.**<br>**Stenson, Kathleen A.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Chad M. Hayward**                    **April 17, 2012**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Chad M. Hayward 6280182** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                    _____
                    (Name of landlord that obtained judgment)


                    _____
                    (Address of landlord)

   ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lewandowski, Gregory L.**<br>**Stenson, Kathleen A.** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gregory L. Lewandowski**
Signature of Debtor  **Gregory L. Lewandowski**

X **/s/ Kathleen A. Stenson**
Signature of Joint Debtor **Kathleen A. Stenson**

Telephone Number (If not represented by attorney)

**April 17, 2012**
Date

---

**Signature of Attorney***

X **/s/ Chad M. Hayward**
Signature of Attorney for Debtor(s)

**Chad M. Hayward 6280182**
Printed Name of Attorney for Debtor(s)

**Chad M. Hayward**
Firm Name
**343 West Erie Street, Suite 230**
**Chicago, IL 60654-5735**

Address

**Email: ch@haywardlawoffices.com**
**312-867-3640  Fax: 312-867-3647**
Telephone Number

**April 17, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Gregory L. Lewandowski**
**Kathleen A. Stenson**
_____
Debtor(s)

Case No. _____

Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gregory L. Lewandowski**
                        **Gregory L. Lewandowski**

Date:   **April 17, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory L. Lewandowski**
       **Kathleen A. Stenson**                       Case No.

                                       Debtor(s)       Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Kathleen A. Stenson**
                      **Kathleen A. Stenson**

Date:  **April 17, 2012**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gregory L. Lewandowski**
**Kathleen A. Stenson**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | **Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | **CreditCard** | | **41,378.00** |
| **Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | **Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | **CreditCard** | | **33,898.00** |
| **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **CreditCard** | | **25,269.00** |
| **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **CreditCard** | | **36,628.00** |
| **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **CreditCard** | | **27,764.00** |
| **Gmac Mortgage**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702** | **Gmac Mortgage**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702** | **Debtors' real property located at 461 W. 136th Street Village of Riverdale 60827** | | **53,605.00**<br>**(8,000.00 secured)**<br>**(11,034.00 senior lien)** |
| **Gmac Mortgage**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702** | **Gmac Mortgage**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702** | **Debtors' real property located at 13722 S. Wallace Village of Riverdale 60827** | | **54,009.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Debtors' real property located at 507 W. Pacesetter Village of Riverdale 60827** | | **49,600.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Debtors' real property located at 541 W. Pacesetter Village of Riverdale 60827** | | **49,600.00**<br><br>**(8,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Gregory L. Lewandowski**
       **Kathleen A. Stenson**                      Case No. _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 447 W. Pacessetter Village of Riverdale 60827** | | **49,600.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 13630 S. Wallace Village of Riverdale 60827** | | **49,325.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 13720 S. Wallace Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 13716 S. Normal Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 465 W. Pacessetter Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 509 W. Pacessetter Village of Riverdale 60827** | | **47,753.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 528 W. 136th Street Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 13648 S. Wallace Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Pnc Mortgage<br>3232 Newark Dr<br>Miamisburg, OH 45342** | **Debtors' real property located at 523 W. Pacessetter Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re
**Gregory L. Lewandowski**
**Kathleen A. Stenson**
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Debtors' real property located at 511 W. 136th Street Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |
| **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | **Debtors' real property located at 511 W. 136th Place Village of Riverdale 60827** | | **48,000.00**<br><br>**(8,000.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Gregory L. Lewandowski** and **Kathleen A. Stenson**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **April 17, 2012**
_____

Signature   **/s/ Gregory L. Lewandowski**
**Gregory L. Lewandowski**
Debtor

Date  **April 17, 2012**
_____

Signature   **/s/ Kathleen A. Stenson**
**Kathleen A. Stenson**
Joint Debtor

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

American Home Mtg Svci
1525 S Belt Line Rd
Coppell, TX 75019

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Bank Of America
Po Box 17054
Wilmington, DE 19850

Caine & Weiner (Original Creditor:S
Po Box 5010
Woodland Hills, CA 91365

Cap One
Po Box 85520
Richmond, VA 23285

Cco Mortgage Corp.
2812 Emerywood Pkwy
Richmond, VA 23294

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 1093
Northridge, CA 91328

Chase
Po Box 901039
Fort Worth, TX 76101

Citi
Po Box 6241
Sioux Falls, SD 57117

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898


Cook County Treasurer
118 N. Clark St.
Suite 112
Chicago, IL 60602


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Gemb/Jcp
Po Box 984100
El Paso, TX 79998


Gemb/Lenscrafters
Po Box 981439
El Paso, TX 79998


Gemb/samsclub


Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50702


Illinois Department of Revenue
C/O Bankruptcy Department
100 West Randolph, Level 7 Rm 425
Chicago, IL 60601


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Mb Fin Bk Na
6111 North River R
Rosemont, IL 60018


Mb Financial Bank
6111 N River Rd
Rosemont, IL 60018

Midland Mortgage Compa
999 Nw Grand Blvd
Oklahoma City, OK 73118


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Pnc Bank
1 Financial Pkwy
Kalamazoo, MI 49009


Pnc Mortgage
3232 Newark Dr
Miamisburg, OH 45342


Rmi/Mcsi (Original Creditor:04 Vill
3348 Ridge Rd
Lansing, IL 60438


Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117


Tenant Adams-Williams
13630 S. Wallace
Riverdale, IL 60827


Tenant Alexander-Richard
501 W. Pacesetter
Riverdale, IL 60827


Tenant Anderson
531 W. Pacesetter
Riverdale, IL 60827


Tenant Anderson
511 W. Pacesetter
Riverdale, IL 60827


Tenant Atem/Robinson
13735 S. Parnell
Riverdale, IL 60827

Tenant Atwater/Herron
13705 S. Normal
Riverdale, IL 60827


Tenant Bailey
511 W. 136th Place
Riverdale, IL 60827


Tenant Banks
535 W. Pacesetter
Riverdale, IL 60827


Tenant Bartley
464 W. 137th Place
Riverdale, IL 60827


Tenant Britton/Jackson
511 W. 136th Street
Riverdale, IL 60827


Tenant Brown
441 Tatala
Riverdale, IL 60827


Tenant Brown
13730 S. Normal
Riverdale, IL 60827


Tenant Butler
13723 S. Wallace
Riverdale, IL 60827


Tenant Butler/Rhone/Williams
13700 S. Eggleston
Riverdale, IL 60827


Tenant Carr/Johnson
517 W. 136th Place
Riverdale, IL 60827


Tenant Carter
449 W. 137th Place
Riverdale, IL 60827

Tenant Coleman
13709 S. Parnell
Riverdale, IL 60827


Tenant Collins
513 W. Pacesetter
Riverdale, IL 60827


Tenant Cook/Jones
13640 S. Parnell
Riverdale, IL 60827


Tenant Coronado/Ramirez
461 W. 136th Street
Riverdale, IL 60827


Tenant Cotton
13722 S. Wallace
Riverdale, IL 60827


Tenant Dabney/Singleton
13727 S. Wallace
Riverdale, IL 60827


Tenant Davis
457 W. 137th Place
Riverdale, IL 60827


Tenant Davis/Hurt-Davis
525 W. 136th Street
Riverdale, IL 60827


Tenant Davis/Mays
508 W.Pancesetter
Riverdale, IL 60827


Tenant Deberry
543 W. Pacesetter
Riverdale, IL 60827


Tenant Doll-Simpson
13651 S. Wallace
Riverdale, IL 60827

Tenant Echols
13718 S. Parnell
Riverdale, IL 60827


Tenant Echols/Williams
13718 S. Parnell
Riverdale, IL 60827


Tenant Ed Sutton
521 W. 136th Street
Riverdale, IL 60827


Tenant Falkner/Warren
13712 S. Normal
Riverdale, IL 60827


Tenant Finister
13605 S. Eggleston
Riverdale, IL 60827


Tenant Foster
13642 S. Wallace
Riverdale, IL 60827


Tenant Gardner
13755 S. Eggleston
Riverdale, IL 60827


Tenant George
13719 S. Eggleston
Riverdale, IL 60827


Tenant Hale
505 W. 136th Street
Riverdale, IL 60827


Tenant Hearns
504 W. 136th Place
Riverdale, IL 60827


Tenant Holt/Capson
13614 S. Wallace
Riverdale, IL 60827

Tenant Jackson
517 W Pacesetter
Riverdale, IL 60827


Tenant Jason
13742 S. Parnell
Riverdale, IL 60827


Tenant Jenkins/Scott
461 W. Pacesetter
Riverdale, IL 60827


Tenant Jones
523 W. Pacesetter
Riverdale, IL 60827


Tenant Jones
13716 S. Normal
Riverdale, IL 60827


Tenant Jones/Strickland
504 W. 136th Street
Riverdale, IL 60827


Tenant Keeton
448 W. 136th Street
Riverdale, IL 60827


Tenant Keeton/Ector
528 W. 136th Street
Riverdale, IL 60827


Tenant Lampkins
525 W. Pacesetter
Riverdale, IL 60827


Tenant Lemon/Cox-McClain
527 W. Pacesetter
Riverdale, IL 60827


Tenant Lenoir
1701 W. 168th Street
Riverdale, IL 60827

Tenant Lott
13652 S. Wallace
Riverdale, IL 60827


Tenant Love
502 W. 136th Street
Riverdale, IL 60827


Tenant McCoy
13638 S. Parnell
Riverdale, IL 60827


Tenant mcNeil/Allen
534 W. 136th Street
Riverdale, IL 60827


Tenant Miller
454 W. 136th Street
Riverdale, IL 60827


Tenant Morgan
445 W. 137th Place
Riverdale, IL 60827


Tenant Murphy-Johnson/Lynch
453 W. Pacessetter
Riverdale, IL 60827


Tenant Myles
526 W. 136th Street
Riverdale, IL 60827


Tenant Nikliborc
13665 S. Normal
Riverdale, IL 60827


Tenant Overs/Gay
13662 S. Parnell
Riverdale, IL 60827


Tenant Patterson/Bonds/Allen
444 W. Pacesetter
Riverdale, IL 60827

Tenant Pierce
13641 S. Eggleston
Riverdale, IL 60827


Tenant Pinkney/Powell
537 W. Pacesetter
Riverdale, IL 60827


Tenant Pinkston
13745 S. Parnell
Riverdale, IL 60827


Tenant Rice/Yarbrough
541 W. Pacesetter
Riverdale, IL 60827


Tenant Rollins-Wright
452 W. 136th Street
Riverdale, IL 60827


Tenant Sanders/Cortez-Sanders
504 W. Pacesetter
Riverdale, IL 60827


Tenant Starkes
13701 S. Wallace
Riverdale, IL 60827


Tenant Steps
13717 S. Eggleston
Riverdale, IL 60827


Tenant Stevens/McLemore
13650 S. Wallace
Riverdale, IL 60827


Tenant Strode
13660 S. Parnell
Riverdale, IL 60827


Tenant Thomas
13719 S. Wallace
Riverdale, IL 60827

Tenant Thompson
509 W. Pacesetter
Riverdale, IL 60827


Tenant Trevillion
13737
Riverdale, IL 60827


Tenant Tuck
460 W. 136th Street
Riverdale, IL 60827


Tenant Tucker/Crosse
545 W. Pacesetter
Riverdale, IL 60827


Tenant Watson/King
13615 S. Eggleston
Riverdale, IL 60827


Tenant Webb/Arnold
446 W. 136th Street
Riverdale, IL 60827


Tenant Webb/Whitehead
510 W. Pacesetter
Riverdale, IL 60827


Tenant White-Favors/Bracket
13660 S. Normal
Riverdale, IL 60827


Tenant Wiley-Evans
509 W. 136th Place
Riverdale, IL 60827


Tenant Williams
533 W. 136th Street
Riverdale, IL 60827


Tenant Wilson
443 W. Pacesetter
Riverdale, IL 60827

Tenant Wilson/Abernathy
13759 S. Eggleston
Riverdale, IL 60827


Tenant Winters/Moore
13607 S. Eggleston
Riverdale, IL 60827


Us Dept Of Education
Po Box 5609
Greenville, TX 75403


Village of Riverdale
c/o Debra Smiley
157 W. 144th Street
Riverdale, IL 60827


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


Z Financial
29 S. LaSalle Street
#1205
Chicago, IL 60603